# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| JESSICA TRUJILLO | § |
|---|---|
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| ALLSTATE INSURANCE COMPANY [SIC], | § CIVIL ACTION NO.: _____ |
| | § |
| Defendant. | § |

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Index of Matters Being Filed |
| **B.** | Docket Sheet in the state court action |
| **C.** | Civil Request for Issuance of Service filed in the 270th Judicial District Court of Harris County, Texas on August 20, 2019 |
| **D.** | Plaintiff's Original Petition filed in the 270th Judicial District Court of Harris County, Texas on August 20, 2019 (Cause No. 2019-57808 |
| **E.** | Return of Service of Allstate Insurance Company's Citation |
| **F.** | Defendant Allstate Vehicle and Property Insurance Company's Special Exceptions, and Subject Thereto, Verified Plea in Abatement and Original Answer to Plaintiff's Original Petition filed in the 270th Judicial District Court of Harris County, Texas on October 7, 2019 |
| **G.** | Docket Control Order |
| **H.** | Plaintiff's First Amended Petition filed in the 270th Judicial District Court of Harris County, Texas on October 11, 2019 (Cause No. 2019-57808) |
| **I.** | List of Counsel of Record |

Respectfully Submitted,

*/s/ Susan E. Egeland*
W. NEIL RAMBIN
ATTORNEY-IN-CHARGE
State Bar No. 16492800
Southern District No. 5450
rambindocket@dbr.com

OF COUNSEL:
SUSAN E. EGELAND
State Bar No. 24040854
Southern District No. 1804016
susan.egeland@dbr.com
SARA E. INMAN
State Bar No. 24073098
Southern District No. 3008974
sara.inman@dbr.com
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on October 14, 2019.

    Noah M. Wexler
    nwexler@arnolditkin.com
    e-service@arnolditkin.com
    ARNOLD & ITKIN LLP
    6009 Memorial Drive
    Houston, Texas 77007

    */s/ Susan E. Egeland*
    SUSAN E. EGELAND